IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHELLY CORMIER,<br><br>       Plaintiff,<br><br>     -v-<br><br>CREDIT CONTROL SERVICES INC.<br>d/b/a CREDIT COLLECTION SERVICES,<br><br>       Defendant. | Civil Case No:  6:21-cv-01797-DCJ-CBW |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:	November 4, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
*PRO HAC VICE*

/s/ Jonathan F. Raburn
Jonathan F. Raburn, Esq.
McCarty & Raburn, A Consumer Law Firm PLLC
2931 Ridge Road, Suite 101 #504
Rockwall, TX 75032
Tel: (225) 412-2777
Email: jonathan@geauxlaw.com

*Attorneys for Plaintiff*
*Shelly Cormier*

/s/ Steven Michael Stastny
Steven Michael Stastny, Esq.
GORDON & REES SCULLY MANSUKHANI
201 St. Charles Avenue, Suite 2500
New Orleans, LA 70170
Tel: (504) 799-0280
Email: sstastny@grsm.com

*Attorneys for Defendant*
*Credit Control Services Inc.*
*d/b/a Credit Collection Services*