## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **SHELLY CORMIER** | **CIVIL DOCKET NO. 6:21-CV-01797** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CREDIT CONTROL SERVICES INC. d/b/a CREDIT COLLECTION SERVICES** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### ORDER

Considering the JOINT MOTION TO DISMISS ("the Motion") [Doc.17], filed by Plaintiff, Shelly Cormier and Defendants, Credit Control Services d/b/a Credit Collection Services,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this lawsuit and all claims asserted by Plaintiff, Shelly Cormier, are DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

THUS, DONE AND SIGNED in Chambers on this 7th day of November, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE